UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 57640
    KEITH E. HENRY SR
    DONNA J HENRY                         CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-5932      SSN XXX-XX-2771
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/15/05 and confirmed on 01/19/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 13658.16 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CENTERONE FINANCIAL SERV | SECURED | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 6587.96 | .00 | 792.05 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14347.53 | .00 | 1724.97 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11847.39 | .00 | 1424.38 |
| ROUNDUP FUNDING LLC | UNSECURED | 2611.88 | .00 | 314.02 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| DANIEL M JURAK MD | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 7439.55 | .00 | 894.44 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3337.13 | .00 | 401.21 |
| KOHLS | UNSECURED | 2920.45 | .00 | 351.12 |
| LOYOLA HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12369.29 | .00 | 1487.13 |
| MENARDS/HRS | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | 675.70 | .00 | 81.24 |
| MORRIS RADIOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| MUNICIPAL COLLECTION SER | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ROUNDUP FUNDING LLC | UNSECURED | 4421.51 | .00 | 531.59 |
| SALLIE MAE SERVICING COR | UNSECURED | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5720.96 | .00 | 687.82 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4160.19 | .00 | 500.17 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10728.98 | .00 | 1289.92 |

Summary of disbursements:

```
                        SECURED       PRIORITY     UNSECURED          OTHER          TOTAL
-------------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00            .00      87168.52            .00       87168.52
PRINCIPAL PAID              .00            .00      10480.06            .00       10480.06
INTEREST PAID               .00            .00           .00            .00            .00
TOTAL PAID                  .00            .00      10480.06            .00       10480.06
```
The Debtor's attorney, PATRICK A MESZAROS             , was allowed $   2700.00
and was paid $      500.00   direct and $   2200.00   through the plan.

The Trustee received $      565.78 .

Refunds to the Debtor totaled $      412.32 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE